1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendants Johnson &
   Johnson and Ethicon, Inc.
7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10 | DONNA YOUNG and WALTER YOUNG, | Case No. 2:20-cv-02018-APG-EJY |
11 |                                | |
12 | Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** |
13 | vs. | |
14 | ETHICON, INC. and JOHNSON & JOHNSON, | **(FIRST REQUEST)** |
15 | Defendants. | |

16    Plaintiffs Donna Young and Walter Young and Defendants Ethicon,

17 Inc. and Johnson & Johnson (collectively, "the Parties") stipulate to extend the

18 deadline to file the joint status report required by the Court's November 2, 2020

19 Minute Order (ECF No. 86) for a period of 14 days, from December 2, 2020 to

20 December 16, 2020.

21    The Parties request this extension because the Parties have worked

22 diligently, both separately and together, to review the extensive briefing related to

23 the issues and experts in this case while also compiling the Joint Report. However,

24 the Parties respectfully request additional time to provide the Court with a clear,

concise summary of pending motions and remaining issues requiring action by the Court. Further, additional time will allow the Parties to resolve disagreements about these matters, thereby further tailoring any issues requiring the Court's intervention.

| PERDUE AND KIDD | KAEMPFER CROWELL |
|---|---|
| *signature* | *signature* |
| Jim M. Perdue, Jr. (*pro hac vice*) | Robert McCoy, No. 9121 |
| Michael R. Clinton (*pro hac vice*) | Sihomara L. Graves, No. 13239 |
| 777 Post Oak Boulevard, Suite 450 | 1980 Festival Plaza Drive, Suite 650 |
| Houston, Texas 77056 | Las Vegas, Nevada 89135 |
| | |
| LAW OFFICES OF | Attorneys for Defendants Johnson & |
| BRIAN D. NETTLES, LTD. | Johnson and Ethicon, Inc. |
| Brian D. Nettles, No. 89014 | |
| 1389 Galleria Drive, Suite 200 | |
| Henderson, Nevada 89014 | |
| | |
| Attorneys for Plaintiffs Donna Young and Walter Young | |

**ORDER**

IT IS SO ORDERED.

*signature*

UNITED STATES DISTRICT JUDGE

DATED: December 2, 2020