# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA YOUNG, | Case No.: 2:20-cv-02018-APG-EJY |
| Plaintiff | **Order Denying Moot Motions** |
| v. | [ECF Nos. 81-1, 82-1] |
| ETHICON, INC. and JOHNSON & JOHNSON, | |
| Defendants | |

In light of the parties' notice regarding settlement (ECF No. 106),

I ORDER that the pending motions to exclude Peter Sand **(ECF No. 81-1)** and Edward Stanford **(ECF No. 82-1) are DENIED as moot**.

DATED this 24th day of June, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE